**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 11 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHIREE SEEDS; CAROL PAVIAN; JOHN SEEDS, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ERA ALASKA, a partnership of ERA Aviation, Inc., Frontier Flying Service, Inc., Hageland Aviation Services, Inc.; NICHOLAS L. STONE, <br><br> Defendants, <br><br> v. <br><br> HAGELAND AVIATION SERVICES, INC., <br><br> Defendant-third-party-plaintiff - Appellant, <br><br> v. <br><br> STATE OF ALASKA, Department of Transportation, <br><br> Third-party-defendant. | No. 13-36113 <br><br> D.C. No. 4:13-cv-00023-RRB <br><br> MEMORANDUM[*] |

_____

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, Chief District Judge, Presiding

Argued and Submitted May 12, 2015
Anchorage, Alaska

Before: CANBY, BYBEE, and WATFORD, Circuit Judges.

Hageland Aviation Services, Inc. appeals the district court's decision

remanding the case to state court for lack of federal subject matter jurisdiction. A

district court's remand order is reviewable on appeal only if the case "was removed

pursuant to [28 U.S.C.] section 1442 or 1443." 28 U.S.C. § 1447(d). Here,

however, the notice of removal sought removal of the case under 28 U.S.C. § 1441.

Although Hageland's opposition to the motion to remand did raise federal officer

removal jurisdiction under 28 U.S.C. § 1442(a)(1) as an additional ground for

removal, its attempt to do so was untimely because more than 30 days had passed

since Hageland was served with the complaint. *See ARCO Envtl. Remediation,*

*L.L.C. v. Dep't of Health & Envtl. Quality*, 213 F.3d 1108, 1117 (9th Cir. 2000)

("The Notice of Removal 'cannot be amended to add a separate basis for removal

jurisdiction after [28 U.S.C. § 1446(b)'s] thirty day period.'" (quoting *O'Halloran*

2

*v. Univ. of Wash.*, 856 F.2d 1375, 1381 (9th Cir. 1988)).  Accordingly, the appeal is

**DISMISSED.**[1]

---

[1]Appellees' Motion for Judicial Notice of Jurisdictional Fact, filed July 17, 2014, is DENIED AS MOOT.